PROB 12B
(7/93)

Report Date: April 12, 2010

# United States District Court

### for the

### Eastern District of Washington

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 12 2010

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

Name of Offender: Lisa Irene Brigman            Case Number: 2:08CR00029-001

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush

Date of Original Sentence: 12/10/2008            Type of Supervision: Probation

Original Offense: Conspiracy to Traffic in       Date Supervision Commenced: 12/10/2008
Contraband Cigarettes, 18 U.S.C. §§ 2342(a) and 371

Original Sentence: Probation - 24 Months         Date Supervision Expires: 12/09/2010

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

16  You shall participate in the home confinement program for 60 days. You shall abide by all the requirements of the program, which will include electronic monitoring or other location verification system. You shall pay all or part of the costs of the program based upon your ability to pay. You are restricted to your residence at all times except for employment, education, religious services, medical, substance abuse, or mental health treatment, attorney visits, court appearances, court-ordered obligations, or other activities as pre-approved by the supervising officer.

17  You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

18  You shall not enter into or remain in any establishment where alcohol is the primary item of sale.

## CAUSE

On April 2, 2010, Lisa Brigman was arrested by the Washington State Patrol for the offense of driving while under the influence of intoxicants. Her blood alcohol content level was found to be at .120 and .111. Said levels are above the legal limit to operate a motor vehicle in the State of Washington. Additionally, this is in violation with the special condition imposed by Your Honor that she not consume alcohol to excess.

After reviewing the information with Ms. Brigman, she agreed to the above modifications of conditions of probation, as evidenced by her signature on the attached waiver.

Prob 12B
Re:  Brigman, Lisa Irene
April 12, 2010
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 04/12/2010

s/Richard Law

Richard Law
U.S. Probation Officer

## THE COURT ORDERS

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[X]  The Modification of Conditions as Noted Above
[ ]  Other

Signature of Judicial Officer

4/12/2010
Date

PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

16  You shall participate in the home confinement program for 60 days. You shall abide by all the requirements of the program, which will include electronic monitoring or other location verification system. You shall pay all or part of the costs of the program based upon your ability to pay. You are restricted to your residence at all times except for employment, education, religious services, medical, substance abuse, or mental health treatment, attorney visits, court appearances, court-ordered obligations, or other activities as pre-approved by the supervising officer.

17  You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

18  You shall not enter into or remain in any establishment where alcohol is the primary item of sale.

Witness: _____     Signed: _____
         Richard B. Law                              Lisa Irene Brigman
         U.S. Probation Officer                      Probationer or Supervised Releasee

                    April 12, 2010
                        Date